UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA FRIEDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GENPACT SERVICES LLC.,<br><br>Defendant. | Civil Action Number:<br>**3:18-cv-01848-BRM-LHG**<br><br>R E C E I V E D<br><br>JUN 1 1 2018<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**NOTICE OF VOLUNTARY DISMISSAL BY THE**
**PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to FRCP 41(a)(1)(A)(ii), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

Dated: June 7, 2018

Respectfully submitted,

By: /s/ Salim Katach
Salim Katach, Esq. (SK0924)
Varacalli & Hamra, LLP
*Attorneys for Plaintiff*

It is so ordered this 11th day of June, 2018

Brian R. Martinotti, U.S.D.J.